IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GUMARA CANELA,<br><br>           Defendant, | CASE NO.: 5:21-cr-9-22 |

**O R D E R**

     This matter is before the Court on Defendant Gumara Canela's Third Motion to Modify Conditions of Release.  Doc. 675.  On November 3, 2022, Defendant Gumara Canela was released on bond subject to certain conditions.  Doc. 473.  As part of Defendant's bond conditions, Defendant was ordered to reside at 535 Starling Road, Alma, Georgia.  Due to the condition of the mobile home at 535 Starling Road, Alma, Georgia, Defendant obtained permission to move to 527 Starling Road, Alma, Georgia. Doc. 489.  Later, Defendant was granted permission to move to 174 Fisherman Road, Alma, Bacon County, Georgia. Doc. 613.  Defendant now seeks to move to 1936 Stewart Drive, Bristol, Pierce County, Georgia and have her bond conditions amended to have the ankle monitor removed. Doc. 675.  Defendant's Motion states it is unopposed.  After careful consideration and for good cause shown, the Defendant's Motion is **GRANTED in part** and **DENIED in part.**

     Defendant Gumara Canela's request to move from 174 Fisherman Road, Alma, Bacon County, Georgia to 1936 Stewart Drive, Bristol, Pierce County, Georgia is **GRANTED**.  However, the United States Probation Officer has notified the Court that it has not yet completed a home assessment of 1936 Stewart Drive, Bristol, Pierce County, Georgia.  Therefore, the

request is approved pending the home assessment by the United States Probation Officer. Any request to move to any other address will require Court approval in advance.

As part of her bond conditions, Defendant is required to wear location monitoring technology. Defendant asks for that condition to be modified such that she may remove her ankle monitor. The United States Probation Office has notified the Court it opposes this request. After full consideration of all relevant circumstances, the Court **DENIES** Defendant's request. Defendant bond conditions will not be modified; Defendant shall continue to be required to wear location monitoring technology.

Defendant is ordered to communicate with her supervising probation officer, as directed and must follow all instructions provided by the U.S. Probation Officer related to this amendment to Defendant's conditions of release. Moreover, all other conditions set out in Defendant's Orders Setting Conditions of Release, doc. 474, as amended, shall otherwise remain in full force and affect.

**SO ORDERED**, this 7th day of August, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA