IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 5:21-cr-00009-LGW-BWC-22 |
| GUMARA CANELA, | § | |
| Defendant. | § | |
| | § | |

## MOTION FOR CONTINUANCE

COMES NOW, the Defendant, by and through Counsel and files this, a Motion for Continuance in the above-styled matter showing the Court as follows:

1.

The aforementioned matter is scheduled for Bond Revocation Hearing on February 8, 2024 at 10:00 a.m.

2.

Counsel for Defendant is the Solicitor-General of State Court in Jeff Davis County. That Court has previously scheduled arraignment and trial calendars on the same date and time. Counsel's presence there is indispensable.

3.

Furthermore, the attorney for the Defendant requests a continuance due to his calendar conflict.

**WHEREFORE**, the Defendant request that this matter be continued until a more appropriate calendar date.

Respectfully Submitted this 31st day of January, 2024.

JOHNSONFLOYD LLP

_____

By: Graham F. Floyd
*Attorney for Defendant*
*Gumara Canela*

State Bar No: 654987
JohnsonFloyd, LLP
132 West Parker Street
Baxley, GA 31513
Tel: 912-367-9000
Fax: 912-367-5883
gffloyd@jajlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel in this case with a copy of the foregoing through the electronic filing notification system.

This 31st day of January, 2024

JOHNSONFLOYD, LLP

_____
By: Graham F. Floyd
*Attorney for Defendant*
*Gumara Canela*

State Bar No. 654987
132 West Parker Street
Baxley, Georgia 31513
T: (912) 367-9000
F: (912) 367-5883
gffloyd@jajlaw.com