AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| Gumara Canela | ) Case No. 5:21-cr-9-022 |
| 1936 Stewart Drive | ) |
| Bristol, Georgia 31518 | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of Court

| Place: | Waycross Federal Courthouse<br>601 Tebeau Street<br>Waycross, Georgia | Courtroom No.: Courtroom No. 1 |
|---|---|---|
| | | Date and Time: 02/08/2024 10:00 am |

This offense is briefly described as follows:

Bond Revocation hearing set before Magistrate Judge Benjamin W. Cheesbro on 2/8/2024 at 10:00 a.m.*

Date: 01/30/2024

*Issuing officer's signature* — K Mixon

Kim Mixon, Courtroom Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: 02/01/2024

*Server's signature* — Madison Goodroe

Madison Goodroe, US Probation Officer
*Printed name and title*

*Defendant was served summons with knowledge of updated court date (02/12/24, 10 am, WX). Defendant acknowledged new date. – Madison Goodroe 2/11/24

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 5:21-cr-9-022

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: Gumara Canela

Last known residence: 1936 Stewart Drive, Bristol, GA 31518

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)* 02/01/2024.

☑ I personally served the summons on this defendant Gumara Canela at *(place)* Rainier Plant, Jesup (employment) on *(date)* 02/01/2024; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____.

I declare under penalty of perjury that this information is true.

Date returned: 02/01/2024

*Madison Goodroe*
Server's signature

Madison Goodroe, US Probation Officer
Printed name and title

Remarks: