# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERK'S MINUTES

**CASE NO. 5:21-cr-9**  **DATE:** 2/12/2024

**TITLE:** United States of America v. Gumara Canela

**HONORABLE BENJAMIN W. CHEESBRO**     **COURTROOM DEPUTY: KIM MIXON**

**COURT REPORTER: WAY-CR1**     **TIME: 10:07-10:45**     **TOTAL: 38 minutes**

**ATTORNEY FOR GOVERNMENT:** Tania Groover

**ATTORNEY FOR DEFENDANT:** Graham Floyd

**U.S.P.O.:** Madison Goodroe

**U.S. MARSHAL:** Jason P.

## BOND VIOLATION HEARING

Court begins. Court goes over allegations in petition.
Government refers to the Court as to punishment for violation of the allegations.
Defendant stipulates to the violations.
Defense argument 10:21-10:25.
Government argument 10:25-10:26.
10:27-Court finds Defendant has violated her bond conditions.
Court modifies Defendant's pretrial conditions.
Defendant now subject to curfew from 7:00 p.m. to 4:00 a.m., 7 days a week.
Defense makes oral motion for Defendant to be allowed to have contact with her husband, Daniel Merari Canela Diaz.  No objection by Government that Defendant and Mr. Diaz have contact and reside together if the address where they plan to reside is approved by the United States Probation Officer.  Defendant will need to confirm the address with Probation and that address be approved prior to Mr. Diaz occupying the property with Ms. Canela.  Court provisionally approves Defendant to live at the Offerman Loop address pending inspection and approval by United States Probation Officer.
USPO to notify Court if there is an issue with the residence.
No communication or contact (direct or indirect) with any other witness in the case.
Defendant remains subject to location monitoring.
Written Order to follow.